IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00833-BNB

DEVON SCOTT WEINSTEIN,

    Plaintiff,

v.

CAROL CHAMBERS, individually and under the color of law,
BRETT COCHRAN, individually and under the color of law,
MELISSA DRAZEN-SMITH, individually and under the color of law, and
WILLIAM SYLVESTER, individually and under the color of law,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2008

GREGORY C. LANGHAM
                       CLERK

## ORDER OF DISMISSAL

Plaintiff, Devon Scott Weinstein, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Huerfano County Correctional Center in Walsenburg, Colorado. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

On June 2, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Weinstein to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $145.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The June 2 order warned Mr. Weinstein that if he failed by the designated deadline to have the $145.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Weinstein has failed within the time allowed to pay the $145.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $145.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this _11_ day of _July_, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00833-BNB

Devon Scott Weinstein
Prisoner No. 140712
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/11/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk